UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Teamsters Local 251 Health Services
and Insurance Plan, et al

v. CA 06-354ML

Rock Crushers Corp.

ORDER

The above-captioned Petition was filed on August 7, 2006 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed. Local Rule 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
January 16, 2007

Entered as an Order of this Court on January 17, 2007

Barbara Barletta
Deputy Clerk