**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, Through its Trustees, PAUL A. MACDONALD, in his official capacity as Executive Director, TEAMSTERS LOCAL 251 TRAINING FUND, through its Trustees, and CHRISTINE ROY, in her official capacity as Administrator of the Training Fund,
*Plaintiffs,*

v. C.A. No. 06-354

ROCK CRUSHERS CORP.
*Defendant*.

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's show cause order in the above-captioned matter. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this action on or about August 7, 2006. On August 10, 2006, Plaintiffs' attorneys' office erroneously sent the Complaint and Summons to the Middlesex County Sheriff's Office. Approximately a month later, Plaintiffs were informed that the summons must be served by the Essex County Sheriff's Office. Accordingly, Plaintiffs' counsel's office sent the summons to the Essex County Sheriff's Office. In or about September, 2006, the Essex County Sheriff's Office informed Plaintiffs' attorneys' office that, after a diligent search, it was unable to locate Defendant.

2. Plaintiffs are currently searching for an alternate address, as the address listed on the Massachusetts Secretary of State Corporate database, as well as the address they located for

Roy Brandano, Defendant's owner, were incorrect. Plaintiffs request an additional period of sixty days to attempt to locate Defendant and/or its owner.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702