UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251, et al

v. CA 06-354ML

ROCK CRUSHERS CORP.

ORDER

On January 17, 2007, 2004, a show cause order was issued directing the plaintiff to show cause within 15 days why the matter should not be dismissed for lack of prosecution. A response was received from the plaintiff on February 2, 2007 requesting sixty days to locate the defendant. More than sixty days has passed and a return of service has not been filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 41.

SO ORDERED:

Mary M. Lisi
U.S. District Judge
May 10, 2007

Entered as an Order of this Court on May 10, 2007

Barbara Barletta
Deputy Clerk