UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251, et al

vs. C.A. NO: 06-354ML

ROCK CRUSHERS CORP.

ORDER

On May 10, 2007 an Order was entered ordering the plaintiffs to show cause within 15 days why this matter should not be dismissed for lack of prosecution. The time alloted having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M.Lisi
Chief U.S. District Judge
May 30 , 2007

Entered as an Order of this Court on May 30, 2007

Barbara Barletta
Deputy Clerk